UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

VENULUM LTD., VENULUM INC., AND
GILES CADMAN,

Defendants.

C.A. No. 3:12-CV-0477-N

**FINAL JUDGMENT AS TO DEFENDANT GILES CADMAN**

The Securities and Exchange Commission having filed a Complaint and Defendant Giles Cadman ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

(a)     Unless a registration statement is in effect as to a security, making use of

any means or instruments of transportation or communication in interstate

commerce or of the mails to sell such security through the use or medium of any

prospectus or otherwise;

(b)     Unless a registration statement is in effect as to a security, carrying or

causing to be carried through the mails or in interstate commerce, by any means

or instruments of transportation, any such security for the purpose of sale or for

delivery after sale; or

(c)     Making use of any means or instruments of transportation or

communication in interstate commerce or of the mails to offer to sell or offer to

buy through the use or medium of any prospectus or otherwise any security,

unless a registration statement has been filed with the Commission as to such

security, or while the registration statement is the subject of a refusal order or stop

order or (prior to the effective date of the registration statement) any public

proceeding or examination under Section 8 of the Securities Act [15 U.S.C. §

77h].

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with

the same force and effect as if fully set forth herein, and that Defendant shall comply with all of

the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of

this matter for the purposes of enforcing the terms of this Final Judgment.

Signed February 27, 2012.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE